IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Williams, Angelique M

Printed: 01/06/09

Case Number:  07 B 12844
Judge:  Wedoff, Eugene R
Filed:  7/18/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: November 13, 2008
Confirmed: September 6, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 11,338.36 |  |
| Secured: |  | 8,683.20 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 655.16 |
| Other Funds: |  | 0.00 |
| Totals: | 11,338.36 | 11,338.36 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Chad M Hayward | Administrative | 2,000.00 | 2,000.00 |
| 2. | Rescap Mortgage | Secured | 0.00 | 0.00 |
| 3. | Nationwide Acceptance Corp | Secured | 0.00 | 0.00 |
| 4. | HSBC Auto Finance | Secured | 22,034.83 | 7,200.00 |
| 5. | Rescap Mortgage | Secured | 26,934.77 | 1,483.20 |
| 6. | Internal Revenue Service | Priority | 753.00 | 0.00 |
| 7. | Sallie Mae | Unsecured | 1,244.08 | 0.00 |
| 8. | HSBC Auto Finance | Unsecured | 262.88 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 18.00 | 0.00 |
| 10. | Nationwide Acceptance Corp | Unsecured | 321.87 | 0.00 |
| 11. | Harris & Harris | Unsecured |  | No Claim Filed |
| 12. | TRS Recovery Services Inc | Unsecured |  | No Claim Filed |
| 13. | Watson Motorsport Ltd | Unsecured |  | No Claim Filed |
| 14. | Municipal Collection Services | Unsecured |  | No Claim Filed |
|  |  |  | $ 53,569.43 | $ 10,683.20 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 401.66 |
| 6.5% | 253.50 |
|  | $ 655.16 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Williams, Angelique M | Case Number: 07 B 12844 |
| | Judge: Wedoff, Eugene R |
| Printed: 01/06/09 | Filed: 7/18/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

